**RECEIVED**

JUL 11 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**_____DIVISION**

Jane Doe                                     )
                                             )
                                             )
                                             )
    Plaintiff(s),                            )
                                             )
v.                                           )        Case No. _____
                                             )
Family Health Care Centers                   )        (to be assigned by Clerk of District Court)
                                             )
                                             )
        --                                   )
                                             )        JURY TRIAL DEMANDED
                                             )
                                             )        YES ✔   NO___
Defendant(s).  (Enter above the full name(s) )
of all defendants in this lawsuit. Please    )
attach additional sheets if necessary.)      )


### EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):


✔    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for
     employment discrimination on the basis of race, color, religion, gender, or national origin.
     **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain
     a right-to-sue letter from the Equal Employment Opportunity Commission.*


✔    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for
     employment discrimination on the basis of age (age 40 or older).
     **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in
     Employment Act, you must first file charges with the Equal Employment Opportunity
     Commission.*


✔    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,
     for employment discrimination on the basis of disability.
     **NOTE**: *In order to bring suit in federal district court under the Americans with
     Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment
     Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✔ Other (Describe)

## PARTIES

2.   Plaintiff's name: Jane Doe

Plaintiff's address: PO Box 5981

Street address or P.O. Box

St. Louis, MO   63134

City/ County/ State/Zip Code

314-910-8223

Area code and telephone number

3.   Defendant's name: Family Care Health Centers

Defendant's address: 401 Holly Hills Ave.

Street address or P.O. Box

St. Louis, MO   63111

City/County/State/ Zip Code

3148342273

Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____

(Street Address)              (City/County)              (State)  (Zip Code)

5.      When did the discrimination occur?  Please give the date or time period:

first weeks of hire 11/18/24 and was ongoing

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

✔ _Yes      Date filed: Dually filed_____.

☐ _ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

✔ _Yes      Date filed: 3/11/25_____

☐ _No

8.      Have you received a Notice of Right-to-Sue Letter?

✔ _Yes                            ☐ _ No

If yes, please attach a copy of the letter to this complaint.

9.      If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

✔ _fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

✔ termination of my employment

_____ failure to promote me

✔ failure to accommodate my disability

✔ terms and conditions of my employment differ from those of similar employees

✔ retaliation

✔ harassment

✔ other conduct (specify):

Hostile work environment, discrimination, intentional infliction of emotional distress by staff and CEO,Community Health Director, Jill T.,  HR, and COO. Bully and intimidation tactics by staff to create and unsafe and nefarious environment

Did you complain about this same conduct in your charge of discrimination?

✔ Yes                                No

4

11.    I believe that I was discriminated against because of my (check all that apply):

✔    race

✔    religion

✔    national origin

✔    color

✔    gender

✔    disability

✔    age (birth year is:   1967          )

____    other:

Did you state the same reason(s) in your charge of discrimination?

✔ Yes                          ____ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

see attached

(Continue to page 6, if additional space is needed.)

5

THE PARTICULARS ARE (IF ADDITIONAL SPACE IS NEEDED, ATTACHED EXTRA SHEET(S)

I believe that I was discriminated against by Respondent in that I was harassed due to my disability status, age, sex, religion, and race (Black). Additionally, I believe that Respondent failed to provide me reasonable accommodations for my disability, that Respondent subjected me to different terms and conditions due to my race, and that Respondent discharged me in retaliation for reporting discrimination. Respondent engaged in unethical behavior and subjected me to a hostile and bullying environment.

I was hired by Respondent as the Director of the Community Health Department on November 18, 2024.

When I was hired, Respondent's HR Assistant, named Angelica, commented that I was an "old lady" to other members of staff. On or about early December 2024, I heard a supervisor named La-Reica meeting with another staff member. During this meeting, La-Reica stated that I was "old" and "crippled."

On or about early December 2024, I was not allowed to park in the handicap lot of Respondent's clinic, although I have a disability and a handicap parking placard. Respondent's security staff would not relent despite my explanation that I have a disability, and therefore I moved my vehicle. Later that day, I emailed Respondent's CEO to inform them about my treatment. However, I received no response. I then filed a complaint with Respondent's HR department and the CEO regarding this denial of handicap parking access. On or about early January of 2025, I met with HR and a member of Respondent's operations team. HR informed me that I would need to bring in a doctor's statement to receive handicap parking, although I already have a state-issued placard that required proof of my disability. Although I stated that I have a disability, I was not given handicapped parking but was instead given a parking spot a block away. It was difficult for me to walk this distance due to my disability. Later, I was given access to a closer handicapped parking spot by Respondent. However, this parking spot was sometimes occupied and on one occasion I was told by security staff that I needed to move my car because it wasn't pulled in far enough. Security staff stated that the Operations Manager, Antone, asked him to confront me on several occasions. I contacted HR and reported that felt I was being harassed due to my disability.

Beginning on or about mid-December 2024, I was asked by a nurse at Respondent to get a Hepatitis shot in the clinic. I told the nurse on multiple occasions that I would not get a Hepatitis shot due to my religious beliefs. However, the nurse continued to ask. I sent an email to Respondent's HR department on or about mid-January 2025 to complain that I was being discriminated against due to my religion.

Other staff members treated me with hostility. La-Reica shared an office with me and would throw papers at me while I was working. When I asked to meet with staff they refused or showed up late, but when meetings were set up by La-Reica or Jill, the former Director of Community Health who was tasked with training me, staff attended those meetings. During meetings, Jill would state that my ideas were not good ideas in front of my direct reports. La-Reica would change her schedule to take PTO when I scheduled meetings with her, with no prior notice, in violation of Respondent's PTO policy.

On or about early January 2025, I began assigning cases to my direct reports. However, staff members would not accept these assignments. Staff members Natalia and Juanita refused to take on clients who did not speak Spanish. I contacted Jill about this matter. However, Jill blamed me for this situation and provided no support. During a meeting that took place or about February 2025, one of my direct reports, Audrey, stated that she "loved" her supervisor La-Reica, and La-Reica clocked Audrey out even though she did not leave and this is not protocol. Also on or about mid-January 2025, a lead project manager named Hannah was speaking to La-Reica and another employee named Morissa within earshot of me. Morissa stated, in reference to me, "thank you for your service…yeah we getting rid of her." On another occasion, these same individuals were talking and one of them stated, in reference to me, "yeah, we are going to get in her head." Additionally, they stated that they were "the puppet masters." Samantha, who worked in community health, would stare at me in an intimidating manner.

On or about early January 2025, I was removed from a group chat intentionally by Hannah, and I requested Brandon in IT to assist me in being added back to the group.

I met with the CEO, HR Director Jane, and La-Reica on or about mid-January 2025. During the meeting, La-Reica stated that I could not remember people's names and implied that I was senile. I informed the HR Director that La-Reica was aggressive towards me, that she threw objects at me while I was working, that I felt I was being treated in a hostile manner by staff, and that I felt I was being discriminated against due to my race and disability status. However, the HR Director only offered that I should get together with staff and eat breakfast with them. At a staff meeting on January 29, 2025, La-Reica stated, in reference to me, "she's an old lady." Additionally, La-Reica walked around the room during the meeting and stared at me in an intimidating manner.

On or about late January or early February 2025, Hannah took the key to the storage closet without informing me. I needed to access this closet to perform my job responsibilities. I believe that Hannah took this key to prevent me from accessing the closet. I do not believe that Hannah treated Jill in this manner. Jill is white. Additionally, I was not allowed by Respondent to make purchases. However, Jill had been allowed to make purchases.

On several occasions up to and including February 2025, male subordinates refused to meet with me or perform job duties and stood outside the office during work hours.

On or about early February of 2025, I informed the COO, Eric, that I felt I was being discriminated against. I told Eric that other employees were calling me "old." Eric told me that I needed to "get on board the ship," but did not address my complaints.

During a staff meeting that took place on or about mid-February of 2025, I asked La-Reica a question. She did not reply, rolled her eyes, and the other staff began to laugh. This meeting was taped by Antone, the Operations Manager.

Between March 3 and March 5, 2025, I attended a work conference in Ozark, Missouri. During the conference, I felt ostracized. When I tried to speak to Hannah or La-Reica, they would not respond to me. A woman involved in the conference, Susan, yelled at me for taking food for my family member, who I had brought to the conference. La-Reica also provided food for her partner at the event. Additionally, a white coworker also took food for her partner and was not admonished. I was the only employee who was yelled at for taking food for my family member. Susan informed me that she and other staff members were plotting against me and stated that I was "being watched." I contacted the COO to set up a meeting to discuss my treatment at the conference. I told the COO that I felt I was being harassed based on my race. Also daughter of Volandria Shelton, Ciarra Walker for a different agency was part of harassments

I was terminated by Respondent on March 9, 2025. Respondent stated that I was being terminated because I had yelled at Susan. I believe that I was discharged in retaliation for reporting discrimination.

- Aramide Ayorinde
- Eric Radichel
- Jill Taylor

Morissa LaGrand

Samantha Owens

Hannah Oberg

Jade Held

*Other Community Health Department Staff

Family Health Care Security Officers ( Jessie Hudson)  (Cornell Johnson)

Antione – Operations Manager

Yolandria Shelton

Audrey Collins

Cierra Walker – Partner with Family Health Care Centers -FCHC

Suzanne Smith – Partner with FCHC of Community Health Workers Association of MO

LaRaucia Carter

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

_____ are no longer being committed by the defendant.

__✔__ may still be being committed by the defendant.

## **REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

```
Requesting punitive and nominal damages due to loss wages ($500,
000), emotional distress and post tramatic distress, attorney
fees for counsel,removal of harrassing and antagonist of
plantiff, training and education of staff and community members
on discrimination, harrassment, and bullying prevention and
safety.
```

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __July_____ , 20 _25_ .

Signature of Plaintiff _____

8