RECEIVED
OCT - 3 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Jane Doe,
v.
Family Care Health Centers

Case no. 4:25-CV-01032-SRW

October 2, 2025

**MEMORANDUM FOR CLERK**

Plantiff request a second motion to use pseudonym due to lurkers, stalkers, and risk of harm. Plantiff has been harassed by unstable and nefarious individuals to impact livelihood as plantiff is a licensed clinical social worker who has worked with dangerous populations and unstable staff who have used public record access to socially stigmatize and jeopardize safety. Such individuals harassed and bullied plantiff and caused safety concerns and threats to personal safety. Plaintiff enrolled in State on Mo. Safe Program due to physical and fear of severe harm.

Please circle which applies:   (Pro se) (Attorney for) Plaintiff
                                (Pro se) (Attorney for) Defendant