**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARNETTA CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-01032-SRW |
| | ) | |
| FAMILY HEALTH CARE CENTERS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. On September 17, 2025, the Court issued an order directing Plaintiff to submit an amended complaint and a copy of the charge of discrimination she filed with the Equal Employment Opportunity Commission. ECF No. 4. The Order stated: "Failure to comply with this Order may result in the dismissal of this action without prejudice." *Id.*

In response to the Court's Order, Plaintiff filed an amended complaint, ECF No. 6, but failed to file a copy of her charge of discrimination and the time to do so has passed. As a result, the Court finds it appropriate to dismiss this action without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure. *See Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Finally, Plaintiff's motion to reconsider her request to use a pseudonym, ECF No. 5, is denied for the same reasons already discussed in the Order of September 17, 2025.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion to reconsider, ECF No. 5, is

**DENIED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 13th day of February, 2026.

_____

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE